UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:17-cv-05886 <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| THE ADVISORY BOARD COMPANY, ROBERT W. MUSSLEWHITE, and MICHAEL T. KIRSHBAUM, | |
| Defendants. | |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that plaintiff Monroe County Employees' Retirement System, by and through its undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice its complaint in the action styled *Monroe County Employees' Retirement System v. The Advisory Board Co.*, *et al.*, No. 1:17-cv-05886 (S.D.N.Y.), as a substantially similar case against the same defendants is currently pending in the United States District Court for the District of Columbia styled *Plymouth County Retirement Association v. The Advisory Board Co.*, *et al.,* No. 1:17-cv-01940-RC (D.D.C.).  No defendant in this action has answered or filed for summary judgment, and a class has not been certified in this action.

DATED:  December 15, 2017          ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   SAMUEL H. RUDMAN
                                   DAVID A. ROSENFELD
                                   ALAN I. ELLMAN


                                           */s/ David A. Rosenfeld*
                                          DAVID A. ROSENFELD

                                   58 S. Service Road, Suite 200
                                   Melville, NY 11747
                                   Telephone:  631/367-7100
                                   631/367-1173 (fax)
                                   srudman@rgrdlaw.com
                                   drosenfeld@rgrdlaw.com
                                   aellman@rgrdlaw.com

                                   VANOVERBEKE MICHAUD & TIMMONY, P.C.
                                   THOMAS C. MICHAUD
                                   79 Alfred Street
                                   Detroit, MI 48201
                                   Telephone:  313/578-1200
                                   313/578-1201 (fax)

                                   *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on December 15, 2017, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD